## AFFIDAVIT OF: ROBERT GALLAGHER

State of New Jersey :
                     ss
County of Morris :

**ROBERT GALLAGHER**, being duly sworn, deposes and says that:

1. On October 30, 2006, I personally delivered a package, containing the documents listed below, from the law office of Bressler, Amery & Ross to the attention of the Frank Marcigliano, CFO or Registered Agent, HBI International, 111 John Street, Suite 1700, NY, NY 10012.

2. To the best of my knowledge, the package contained the following:
   * **SUMMONS & COMPLAINT**
   * **7.1 STATEMENT**
   * **CIVIL COVER SHEET**

3. The package was personally signed for by Gina DeCeccio, Receptionist.

4. The time of delivery was 4:45 p.m.

Sworn to and subscribed before
me a Notary Public of New Jersey
This ___31st___ day of ___October___, ___2006___

Crystal T. Forde
My Commission Expires On:
10/16/2007

Integrity Express, Inc.
One Lackawanna Place, P.O. Box 857
Morristown, NJ 07963-0857
Phone: 973-326-1500 * Fax: 973-631-1113

