AFFIDAVIT OF:       WILLIAM HEPLER

State of New Jersey  :
                    ss
County of Morris   :

      WILLIAM HEPLER, being duly sworn, deposes and says that:

1. On October 30, 2006, I personally delivered a package, containing the documents listed below, from the law office of Bressler, Amery & Ross to the attention of the Registered Agent, Gresham Marine Services, Inc., 1624 Genesee Street, Utica, NY 13502.

2. To the best of my knowledge, the package contained the following:
        **\*SUMMONS & COMPLAINT**
        **\*7.1 STATEMENT**
        **\*CIVIL COVER SHEET**

3. The package was personally signed for by Mary Rose Percola, Receptionist.

4. The time of delivery was 4:34 p.m.



Sworn to and subscribed before
me a Notary Public of New Jersey
This   31st   day of   October  ,   2006  

Crystal T. Forde
My Commission Expires On
10/16/2007

Integrity Express, Inc.
One Lackawanna Place, P.O. Box 857
Morristown, NJ 07963-0857
Phone: 973-326-1500 * Fax: 973-631-1113