BRIAN F. AMERY*
LAWRENCE D. ROSS*
DAVID W. REGER+
RICHARD V. JONES+
MARK T. McMENAMY+
DAVID P. SCHNEIDER+
MARK M. TALLMADGE~
EDWIN A. ZIFF+
GEORGE R. HIRSCH"
CYNTHIA J. BORRELLI DODGE*
ERIC L. CHASE*
DAVID H. PIKUS*
JORDAN S. WEITBERG*
DAVID J. LIBOWSKY*
DONALD J. CAMERSON, II+
DAVID F. BAUMAN+
DOMINICK F. EVANGELISTA*
GENEVIEVE K. LAROBARDIER*
NANCY C. McDONALD+
LAWRENCE E. FENSTER◊
SAMUEL J. THOMAS*
LINDA S. MIRSKY BRENNEMAN*
DIANA C. MANNING*
BENNETT FALK◻
KEITH OLIN◻
ALEX J. SABO◻
FRANK J. CUCCIO*
ANDREW W. SIDMAN△
RICHARD C. SZUCH+
JED L MARCUS*
RONNIE ANN POWELL*
PAUL I. ROSENBERG*

OF COUNSEL
RICHARD R. SPENCER, JR.+

COUNSEL
KENNETH M. MOLTNER△
MICHAEL J. CONNOLLY*
FELICIA L GARLAND+

BERNARD BRESSLER
(1928-2005)

DANIEL R. KORB, JR+
RICHARD J. TEER*
MICHAEL S. RUBIN+
MICHAEL A. COLODNEY+
KIRSTEN McCAW GROSSMAN*
KAREN E. MURPHY+
MATTHEW C. PLANT*
KALMAN G. MAGYAR*
JILL E. DOKSON◯
ROBIN C. STEPHAN*
CHRISTIAN D. JOHNSON~
STEVEN G. HEMMERT◻
RONALD J. CAMPIONE*
ANGELA M. SCAFURI+
SEAN C. CALLAHAN*
DENNISE S. MULVIHILL*
COREN H. STERN◻
SETH V. ALHADEFF◻
JASON L. SMITH+
DAVID J BUTLER*
BENJAMIN J. DILORENZO+
DIANA C. CAMPBELL△
DAVID G. SMITHAM*
YOONSUN CHUNG*
NIKOLAS S. KOMYATI*
DENNIS E. KADIAN*
EDWARD O. TAN+
A. WESLEY BRIDGES+
REGINA PEPE MARTORANA*
DIANA M. HEDRICK◻
CHRISTOPHER G. MASSEY*
JACQUELYN R. TRUSSELL*
SMIT KAPADIA*
MATTHEW E. WOLPER◻
RISA M. DAVI◯+
ANDREW M. GREENIDGE◻
KIRSTIN K. O'CALLAGHAN*

*ADMITTED IN NJ AND NY
+ADMITTED IN NJ
△ADMITTED IN NY
◻ADMITTED IN FL
◯ADMITTED IN FL AND NY

# BRESSLER, AMERY & ROSS, P.C.
## ATTORNEYS AT LAW

17 STATE STREET
NEW YORK, NY 10004
(212) 425-9300
FAX: (212) 425-9337

www.bressler.com

NEW JERSEY OFFICE
325 COLUMBIA TURNPIKE
FLORHAM PARK, NJ 07932
(973) 514-1200

FLORIDA OFFICE
HUNTINGTON CENTRE II
2801 S.W. 149TH AVENUE
MIRAMAR, FL 33027
(954) 499-7979

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/15/05]

WRITER'S DIRECT INFORMATION:
(973) 660-4456
dkadian@bressler.com

February 15, 2007

**Via Facsimile and First Class Mail**
Hon. Alvin K. Hellerstein, U.S.D.J.
The United States District Court for
the Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, New York 10007-1312

[Handwritten endorsement across letter:] A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

[Signature] Alvin K. Hellerstein, U.S.D.J.
Date: 2-15-07

Re: **Continental Insurance Company v. HBI International, Ltd., et al.**
**Docket No. 06-CV-11332**

Dear Judge Hellerstein:

This firm represents Plaintiff Continental Insurance Company (as successor-in-interest for certain limited purposes to Marine Office of America Corporation) in the above matter. Pursuant to my telephone conference this morning with Your Honor's Clerk, this letter shall confirm that the parties have reached a settlement in the above matter.

Based on the foregoing, the parties respectfully and jointly request that the Rule 16 Conference, currently scheduled for February 16, 2007, be adjourned for 30 days. The parties thank the Court for its consideration.

Respectfully submitted,

BRESSLER, AMERY & ROSS, P.C.

[Signature] Dennis E. Kadian

Dennis E. Kadian

DEK/mm
cc: Kathleen A. Lupia, Esq. (via facsimile only)