USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/22/07

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CONTINENTAL INSURANCE COMPANY
(as successor-in-interest for certain limited
purposes to Marine Office of America
Corporation),

        Plaintiff,

v.

HBI INTERNATIONAL, LTD., and
GRESHAM MARINE SERVICES, INC.,

        Defendants.

Civil Action No. 06-CV-11332

**STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER**

**IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED UPON** by the undersigned, attorneys for parties herein, that: (1) the above-captioned action and all claims asserted therein, are hereby dismissed with prejudice and without costs to either party; and (2) the United States District Court for the Southern District of New York retains jurisdiction to enforce the terms of the Settlement and Release Agreement entered into by the parties.

Date: February 14, 2007

By: Samuel J. Thomas, Esq. (ST9959)
BRESSLER, AMERY & ROSS, P.C.
Attorneys for Plaintiff
17 State Street
New York, New York 10004
(212) 425-9300

By: John R. Petrone II, Esq. ( 102-362 )
PETRONE & PETRONE, P.C.
Attorneys for Gresham Marines Services, Inc.
1624 Genesee Street
Utica, New York 13501
(315) 735-7566

By:

Attorneys for HBI International, Ltd.

SO ORDERED this 22 day of February, 2007,

Honorable Alvin K. Hellerstein, U.S.D.J.